UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   1:21-mj-02087 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| ANTHONY F. ROCKMAN, | ) | |
| Defendant. | ) | ORDER TO UNSEAL |

The case is unsealed due to an Information being filed.

**IT IS SO ORDERED.**

Dated: January 18, 2022

s/ *David A. Ruiz*
David A. Ruiz
United States Magistrate Judge